CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California 94102-3495
　　Telephone: (415) 436-7177
　　FAX: (415) 436-7234
　　molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHIRUI HAI, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>　　　　　　Defendant. | Case No. 5:26-cv-00723-VKD<br><br>**STIPULATION TO STAY PROCEEDINGS;<br>~~[PROPOSED]~~ ORDER**<br><br>Re: Dkt. No. 13 |

On March 31, 2026, the Court granted the parties' request to extend time for Defendant's response to Plaintiffs' complaint until April 30, 2026. *See* Dkt. No. 12. Plaintiffs filed this action seeking adjudication of their Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status. United States Citizenship and Immigration Services ("USCIS") issued a Request for Evidence ("RFE") on Plaintiff Qiao's Form I-526E. The response to the RFE is due on August 3, 2026. USCIS has acted on some of the remaining Plaintiffs' I-526E petitions.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until September 2, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

Stipulation
Case No. 5:26-cv-00723-VKD　　　　　　　　　1

case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 30, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: April 30, 2026

/s/ Kristina David
KRISTINA DAVID
David Strashnoy Law, PC
Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  This case is stayed until September 2, 2026.

Date:  May 1, 2026

HON. VIRGINIA DEMARCHI
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
Case No. 5:26-cv-00723-VKD                                2